## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**CLARENCE WILLIAMS,**

     **Plaintiff,**

**vs.**                       **CASE NO. 1:02cv42-SPM/WCS**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

     **Defendant.**

_____/

### SECOND REPORT AND RECOMMENDATION

Pending is Plaintiff's application for attorney's fees to 42 U.S.C. § 406(b)(1) for work before this court.  Doc. 30.  The Commissioner is still withholding from Plaintiff's benefits the sum of $10,505.00 from which this fee may be paid.  *Id.*  Plaintiff seeks a fee of $9,685.60, to be paid from Plaintiff's benefit award.  *Id.*  This amount is less than the total withheld by $453.40, which Plaintiff concedes was attributable to counsel's delay.  *Id.*  Plaintiff's attorney agrees to pay to Plaintiff the EAJA fee awarded by the court in the amount of $2,713.39.  *Id.*  Defendant agrees that the fee sought is reasonable.  Doc. 32.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's application for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $9,685.60 be **GRANTED**, the court **ORDER** the Commissioner to disburse this amount to Plaintiff's counsel, to pay the remainder withheld, $453.40, to Plaintiff, and the court **ORDER** Plaintiff's counsel to pay Plaintiff $2,713.39 as the EAJA fee previously awarded to counsel.

**IN CHAMBERS** at Tallahassee, Florida, on October 30, 2006.


**s/    William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**