IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARENCE WILLIAMS,

    Plaintiff,

vs,                                     CASE NO.: 1:02cv42-SPM/WCS

JO ANNE B. BARHNHART,
Commissioner of the Social
Security Administration,

    Defendant.
_____/

**ORDER AWARDING ATTORNEY FEES**

Upon consideration of the Magistrate Judge's report and recommendation (doc. 33), to which no objections have been filed, it is

ORDERED AND ADJUDGED:

1.     The report and recommendation (doc. 33) is adopted and incorporated by reference into this order.

2.     Plaintiff's application for attorney's fees (doc. 30) pursuant to 42 U.S.C. § 406(b)(1) is granted.

3.     The Commissioner shall disburse $9.685.60 to Plaintiff's counsel and pay $453.40 to Plaintiff. Plaintiff's counsel shall pay to Plaintiff $2,713.39 for

the EAJA fee previously awarded.

DONE AND ORDERED this 7th day of December, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 1:02cv42-SPM/WCS